# UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. 22-1378

KJD LLC, et al v. Township of Galloway, et al

(U.S. District Court No.: 1-21-cv-20486)

## ORDER

It is hereby ORDERED that the above matter is dismissed pursuant to Fed. R. App. P. 42(b). A certified copy of this order is issued in lieu of a formal mandate.

For the Court,

s/ Patricia S. Dodszuweit
Clerk

Dated:    March 08, 2023
AMR/cc:   Paul J. Fishman, Esq.
Todd J. Gelfand, Esq.
Robert S. Jones, Esq.
Michael W. Sabo, Esq.
Corinne M. Trainor, Esq.
Mr. William T. Walsh,
Stephen K. Wirth, Esq.

A True Copy:

Patricia S. Dodszuweit, Clerk
Certified Order Issued in Lieu of Mandate